ORIGINAL

1  John H. Gomez (171485)
   Steven C. Vosseller (211265)
2  The Gomez Law Firm
   625 Broadway, Suite 600
3  San Diego, California 92101
   Telephone: (619) 237-3490/Fax: (619) 237-3496
4
5  Attorneys for Plaintiff Sintia Ibarra, a minor by and through
   Francisca Juarez, her Guardian Ad Litem
6
7

FILED

07 OCT 19 PM 12: 32

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA

10  SINTIA IBARRA, a minor by and through      )   Case No. '07 CV    2031 JLS (LSP)
    her Guardian ad litem, FRANCISCA           )
11  JUAREZ,                                     )
                                                )
12                     Plaintiff,               )   COMPLAINT FOR MEDICAL
                                                )   NEGLIGENCE
13  vs.                                         )
                                                )
14                                              )
    UNITED STATES OF AMERICA and                )
15  DOES 1 through 20, Inclusive                )
                                                )
16                     Defendants.              )
                                                )
17                                              )

18        Plaintiff Sintia Ibarra, a minor by and through her Guardian Ad Litem, Francisca Juarez,

19  alleges as follows:

20                                  **PARTIES**

21        1.      Plaintiff SINTIA IBARRA was born on February 6, 1999. She is the granddaughter of

22  Francisca Juarez, the Guardian Ad Litem in this action. Francisca Juarez and Plaintiff SINTIA

23  IBARRA are residents of the County of San Diego, State of California.

24        2.      Plaintiff is informed and believes, and based thereon alleges, that NEIGHBORHOOD

25  HEALTHCARE is a health care facility operating in the County of San Diego and funded and operated

26  by Defendant UNITED STATES OF AMERICA. Plaintiff is informed and believes, and based

27  thereon alleges, that NEIGHBORHOOD HEALTHCARE is an agency or instrumentality of Defendant

28  UNITED STATES.

The Gomez Law Firm
Attorneys at Law

-1-

COMPLAINT FOR DAMAGES

3.    Plaintiff is informed and believes, and based thereon alleges, that the physicians, nurses, and other health care providers at NEIGHBORHOOD HEALTHCARE are also the agents, servants, representatives, and employees of UNITED STATES.

4.    Plaintiff is informed and believes, and based thereon alleges, that KATHERINE FRANCIS, M.D. is, and all times relevant to this action was, a physician duly licensed to practice medicine in the state of California.  Plaintiff is informed and believes, and based thereon alleges, that KATHERINE FRANCIS, M.D. is, and all times relevant to this action was of the physicians employed at NEIGHBORHOOD HEALTHCARE and, thus, an agent, servant, representative, and employee of UNITED STATES.

5.    Plaintiff does not know the true names and capacities of Defendants sued herein as DOES 1 through 20, Inclusive.  Plaintiff therefore sues these Defendants by the fictitious names of DOES 1 through 20, Inclusive.  Wherever in this Complaint it refers to "Defendants", such reference shall mean and include each expressly named defendant and all DOE Defendants.  Plaintiff will seek leave of this Court to amend this Complaint to set forth the true names and capacities of the fictitiously-named Defendants when their true identities and capacities become known to Plaintiff.

6.    Plaintiff is informed and believes, and based thereon alleges, that DOES 1 through 20, Inclusive, are responsible in some manner –either by act or omission, strict liability, fraud, negligence or otherwise– for the events and happenings alleged in this Complaint and thus caused harm to Plaintiff.

7.    Plaintiff is informed and believes, and based thereon alleges, that at all relevant times each Defendant –including DOES 1 through 20, Inclusive– was the agent, servant, representative, partner or employee of each of the co-Defendants, and, in doing the things alleged in this Complaint, was acting within the course and scope of their authority as such agents, servants, representatives, partners or employees of each co-Defendant.

## JURISDICTION AND VENUE

8.    Under 28 U.S.C. §1346(b)(1) and the Federal Tort Claims Act, this Court has exclusive jurisdiction over UNITED STATES and the allegations and claims against UNITED STATES.

/ / /

The Gomez Law Firm
Attorneys at Law

-2-

COMPLAINT FOR DAMAGES

1    9.    Under 28 U.S.C. §1376, this Court has supplemental jurisdiction over (a) any DOE

2  defendant who was not an agent, servant, representative, instrumentality or employee of UNITED

3  STATES, and (b) the allegations and claims against any DOE defendant was not an agent, servant,

4  representative, instrumentality or employee of UNITED STATES.

5    10.    Under 28 U.S.C. §1367, this Court has supplemental jurisdiction decide issues of

6  California law that may be presented in this Complaint and this action.

7    11.    The Southern District of California is the appropriate venue under 28 U.S.C. §1391(e)

8  because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred within

9  the Southern District of California.

10    12.    Plaintiff complied with the claim filing requirements imposed by the Federal Tort

11  Claims Act, 28 U.S.C. §2671, *et seq.*  The claim expired by operation of law.

12                                 **FIRST CAUSE OF ACTION**

13                     **(Medical Negligence – Alleged Against All Defendants)**

14    13.    Plaintiff re-alleges, and incorporates by reference, each and every allegation in

15  Paragraphs 1 through 12 as though fully set forth herein.

16    14.    Plaintiff sought and received health care from KATHERINE FRANCIS, M.D., DOES 1

17  Through 20, physicians, nurses, and other health care providers who were, at all times mentioned

18  herein, the agents servants, representatives, and employees of NEIGHBORHOOD HEALTHCARE.

19    15.    Plaintiff is informed and believes, and based thereon alleges, that the physicians, nurses,

20  and other health care providers –including KATHERINE FRANCIS, M.D.– who treated Plaintiff at

21  NEIGHBORHOOD HEALTHCARE were, at all times mentioned herein, acting within the course and

22  scope of their agency, service, representation, and employment with NEIGHBORHOOD

23  HEALTHCARE and UNITED STATES.  Plaintiff is further informed and believes, and based thereon

24  alleges, that NEIGHBORHOOD HEALTHCARE and UNITED STATES ratified and approved the

25  conduct of DR. FRANCIS and other health care professionals who were the agents, servants,

26  representatives, and employees of NEIGHBORHOOD HEALTHCARE and UNITED STATES.

27  / / /

28  / / /

The Gomez Law Firm
Attorneys at Law

**COMPLAINT FOR DAMAGES**

16.    In approximately December 2004, DR. FRANCIS and other health care providers at NEIGHBORHOOD HEALTHCARE undertook to examine, diagnose, care for and treat Plaintiff. The care included, but was not limited to, testing and monitoring Plaintiff for tuberculosis.

17.    In approximately December 2004, KATHERINE FRANCIS, M.D., NEIGHBORHOOD HEALTHCARE, UNITED STATES, and DOES 1 through 20 prescribed and administered a particular medication, INH, to Plaintiff.

18.    From December 2004 through July 2005, KATHERINE FRANCIS, M.D., NEIGHBORHOOD HEALTHCARE, UNITED STATES, and DOES 1 through 20 were negligent in the care and treatment of Plaintiff. Such negligence included, but is not limited to, failing to properly monitor Plaintiff's condition while she was using INH.

19.    As a direct and proximate result of the negligent conduct of KATHERINE FRANCIS, M.D., NEIGHBORHOOD HEALTHCARE, UNITED STATES, and DOES 1 through 20, Plaintiff suffered serious injuries, including liver failure that required a liver transplant.

20.    As a direct and proximate result of the negligent conduct of KATHERINE FRANCIS, M.D., NEIGHBORHOOD HEALTHCARE, UNITED STATES, and DOES 1 through 20, Plaintiff has suffered past expenses for extraordinary medical care. Plaintiff will endure future expenses for medical care. Plaintiff does not know the reasonable value of such losses and prays for leave to amend this Complaint to set forth the true amount of such losses when the amount has been determined, or will prove the same at the time of trial.

21.    As a direct and proximate result of the negligent conduct of KATHERINE FRANCIS, M.D., NEIGHBORHOOD HEALTHCARE, UNITED STATES, and DOES 1 through 20, Plaintiff has suffered, and continues to suffer, emotional distress.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Gomez Law Firm
Attorneys at Law

-4-

**COMPLAINT FOR DAMAGES**

**PRAYER FOR RELIEF**

**THEREFORE,** Plaintiff demands judgment against Defendants, and each of them, for the following:

1.      For general damages, according to proof;

2.      For special damages, according to proof;

3.      For interest on all damages as allowed by law;

4.      For costs of suits herein incurred;

5.      Any other and further relief that the Court considers proper.

Dated: October 18, 2007

THE GOMEZ LAW FIRM

_____
Steven C. Vosseller
Attorneys for Plaintiff

The Gomez Law Firm
Attorneys at Law

-5-

COMPLAINT FOR DAMAGES

JS 44 (Rev. 11/04)                    ~~ORIGINAL~~                CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Sintia Ibarra, a minor by and through her Guardian ad Litem, Francisca Juarez | United States of America and Does 1 through 20, inclusive |

**FILED**
07 OCT 19 PM 12: 33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**'07 CV 2031 JLS (LSP)**

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Steven C. Vosseller, The Gomez Law Firm, 625 Broadway, Suite 600, San Diego, CA 92101; 616.237.3490

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claim Act 28 U.S.C Section 2671, et seq

Brief description of cause:
Medical malpractice against

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____     DOCKET NUMBER _____

DATE  10/19/2007

SIGNATURE OF ATTORNEY OF RECORD  _Steve Vosseller_

FOR OFFICE USE ONLY

RECEIPT # 143206   AMOUNT $350   APPLYING IFP 1/0 10/9/07   JUDGE _____   MAG. JUDGE _____

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 143706    — KD
* * C O P Y * *
October 19, 2007
12:31:47**

**Civ Fil Non-Pris**
USAO #.: 07CV2031-JLS
Amount.:                    $350.00 CK
Check#.: BC 2626

**Total-> $350.00**

FROM: CIVIL FILING
      IBARRA V. USA