Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 19 PM 2:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SINTIA IBARRA, a minor by and through the Guardian ad litem, FRANCISCA JUAREZ

vs

UNITED STATES OF AMERICA and DOES 1 through 20, Inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. 07CV2031-JLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Steven C. Vosseller
The Gomez Law Firm
625 Broadway, Suite 600
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

J. HINK

By _____, Deputy Clerk

10/19/07
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)