FILED
07 NOV 16 AM 8:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

John H. Gomez (171485)
Steven C. Vosseller (211265)
The Gomez Law Firm
625 Broadway, Suite 600
San Diego, California 92101
Telephone: (619) 237-3490/Fax: (619) 237-3496

Attorneys for Plaintiff Sintia Ibarra, a minor by and through Francisca Juarez, her Guardian Ad Litem

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| SINTIA IBARRA, a minor by and through her Guardian ad litem, FRANCISCA JUAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and DOES 1 through 20, Inclusive<br><br>Defendants. | Case No. 07 CV 2031 JLS LSP<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

**IN THE MATTER OF SINTIA IBARRA, a minor:**

Petitioner Francisca Juarez represents:

1. Petitioner is a resident of the County of San Diego, State of California, and is the grandmother of Sintia Ibarra, a minor. Sintia Ibarra's date of birth is February 6, 1999. Sintia Ibarra has no general testamentary guardian.

2. Sintia Ibarra has causes of action against United States of America, arising from medical treatment by Katherine Francis, M.D. and other health care providers at Neighborhood Healthcare in San Diego County. Sintia Ibarra alleges that the negligent medical care caused liver failure and the need for a liver transplant.

3. A Federal Tort Claim was filed and denied. Therefore, Sintia Ibarra is filing a complaint against United States of America.

4. Petitioner is not a plaintiff in the action brought by Sintia Ibarra against United States of America. Petitioner has no interest adverse to Sintia Ibarra and is not connected in her business with the defendant.

5. Petitioner is a competent, responsible person, qualified to act as Guardian Ad Litem of Sintia Ibarra. Petitioner agrees to serve as Sintia Ibarra's Guardian Ad Litem.

6. Petitioner's primary language is Spanish. Petitioner does not speak or read English fluently. Therefore, a Spanish language translation of this Petition is attached as Exhibit "A". Petitioner has read, understands, and signed the Spanish language translation of this Petition.

THEREFORE, Petitioner requests that she be appointed Guardian Ad Litem for this minor, Sintia Ibarra, in order to prosecute this action on Sintia Ibarra's behalf.

Dated: _____

*Francisca Juarez*
Francisca Juarez, Petitioner

Dated: 10/18/07

**THE GOMEZ LAW FIRM**

*[signature]*
Steven C. Vosseller
Attorneys for Plaintiff

1  John H. Gomez (171485)
2  Steven C. Vosseller (211265)
   The Gomez Law Firm
3  625 Broadway, Suite 600
   San Diego, California 92101
4  Telephone: (619) 237-3490/Fax: (619) 237-3496

5  Abogados de Demandante Sintia Ibarra, una menor de edad cerca y a través de
   Francisca Juarez, su Guardian

6

7

8                   UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA

10 SINTIA IBARRA, una menor de edad cerca y    ) Case No.  '07 CV 2031  JLS LSP
   a través su Guardian, FRANCISCA JUAREZ,     )
11                                             )
                       Demandante,             ) PETICION PARA GUARDIAN
12                                             )
                                               )
13 vs.                                         )
                                               )
14 ESTADOS U NIDOS and DOES 1 through          )
   20, Inclusive                               )
15                                             )
                                               )
16                     Demandados.             )
                                               )
17                                             )

18

19     EN EL CASO DE SINTIA IBARRA, una menor de edad:

20     Solicitante Francisca Juarez representa:

21     1.     Solicitante es residente del Condado de San Diego, Estado de California, y es abuelita

22 de Sintia Ibarra, una menor de edad. La fecha de nacimiento de Sintia Ibarra es Febrero 6, 1999.

23 Sintia Ibarra no tiene ningun guardian.

24
       2.     Sintia Ibarra tiene causas de la acción contra los Estados Unidos de América,
25
   presentándose del tratamiento médico cerca la Dra. Katherine Francis, M.D. y otros abastecedores del
26
   cuidado médico en Neighborhood Healthcare en el Condado de San Diego. Sintia alega que la
27
   asistencia médica negligente causada falta del hígado y la necesidad de un transplante del hígado.
28

| | |
|---|---|
| 1 | 3. Una demanda federal del agravio fue archivada y negada. Por lo tanto, Sintia Ibarra |
| 2 | esta archivando una queja contra los Estados Unidos de America. |

3. Una demanda federal del agravio fue archivada y negada. Por lo tanto, Sintia Ibarra esta archivando una queja contra los Estados Unidos de America.

4. La solicitante no es un demandante en la accion traida cerca Sintia Ibarra contra los Estados Unidos de America. La solicitante no tiene ningun interes adverso a Sintia Ibarra y no esta conectado en su negocio con el demandado.

5. La solicitante es una competante, persona responsable, calificada para actuar como la Guardian de Sintia Ibarra. La solicitante accepta actuar como la Guardian de Sintia Ibarra.

6. La lengua primaria de la solicitante es español. La Solicitante no habla ni lee ingles. Por lo tanto, una traduccion en español de esta peticion se une como objeto como Exhibit "A". La solicitante ha leido, entiende, y firmo la traduccion en español de esta peticion.

POR LO TANTO, La solicitante solicita que ella sea Guardian de la menor, Sintia Ibarra, para procesar esta accion en el favor de Sintia Ibarra.

Fecha: 10/12/07

*Francisca Juarez*
Francisca Juarez, Solicitante

Fecha: ~~10/12/07~~
10/18/07
S-V

THE GOMEZ LAW FIRM

*Steve Vosseller*
Steven C. Vosseller
Abogado del Demandante

The Gomez Law Firm
Attorneys at Law

-2-

PETICION PARA GUARDIAN