FILED

07 NOV 16 AM 8: 42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| SINTIA IBARRA, a minor by and through her Guardian ad litem, FRANCISCA JUAREZ,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and DOES 1 through 20, Inclusive<br><br>              Defendants. | Case No. '07 CV 2031 JLS LSP<br><br>ORDER APPOINTING GUARDIAN AD LITEM |

The petition of Francisca Juarez to be appointed Guardian Ad Litem of Sintia Ibarra, a minor, to prosecute the above-entitled action on behalf of Sintia Ibarra, was considered by the Court on this date. On proof made to the satisfaction of the Court, the Court finds that the appointment is expedient.

IT IS ORDERED that the petition of Francisca Juarez be granted and Francisca Juarez is appointed Guardian Ad Litem of Sintia Ibarra, a minor, to prosecute the above-captioned action for Sintia Ibarra.

Dated: ___11/14/07___

_____
JUDGE OF THE U.S. DISTRICT COURT

The Gomez Law Firm
Attorneys at Law

-1-

ORDER APPOINTING GUARDIAN AD LITEM