KAREN P. HEWITT
United States Attorney
ERNEST CORDERO, JR.
Assistant U.S. Attorney
State of California Bar No. 131865
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7473
Facsimile:  (619) 557-5004
Email: ernest.cordero@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINTIA IBARRA, a minor by and through her Guardian ad litem, FRANCISCA JUAREZ,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 20, Inclusive,<br><br>            Defendants. | Case No. 07cv2031-JLS (LSP)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4. The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (None)

Please call me if you have any questions about this notice.

DATED: December 31, 2007               KAREN P. HEWITT
                                       United States Attorney

                                       s/ Ernest Cordero, Jr.

                                       ERNEST CORDERO, JR.
                                       Assistant U.S. Attorney
                                       Attorneys for Defendant
                                       United States of America