# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINTIA IBARRA, a minor by and through her Guardian ad litem, FRANCISCA JUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 07cv2031-JLS (LSP)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

ANSWER TO COMPLAINT (dated 12/31/07)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

John H. Gomez, Esq.
Steven Charles Vosseller, Esq.
The Gomez Law Firm
625 Broadway , Suite 600
San Diego, CA 92101
laura@thegomezfirm.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2007.

s/ Ernest Cordero, Jr.
Ernest Cordero, Jr.
