1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  SINTIA IBARRA, et al.,          )  Civil No. 07-2031-JLS(LSP)
                                    )
12                 Plaintiffs,      )
                                    )  ORDER FOLLOWING EARLY NEUTRAL
13  v.                              )  EVALUATION CONFERENCE, SETTING
                                    )  RULE 26 COMPLIANCE AND NOTICE
14  UNITED STATES OF AMERICA,       )  OF CASE MANAGEMENT CONFERENCE
                                    )  AND SETTLEMENT CONFERENCE
15                 Defendant.       )
                                    )
16  _____)

17       On January 25, 2008 the Court convened an Early Neutral

18  Evaluation Conference (ENE) in the above-entitled action.  Appearing

19  were Steven Vosseller on behalf of plaintiff and Ernest Cordero on

20  behalf of defendant.

21       Settlement of the case could not be reached at the ENE and

22  the Court therefore discussed compliance with Federal Rule of Civil

23  Procedure, Rule 26.  Based thereon, the court issues the following

24  orders:

25       1.   Any objections made to initial disclosure pursuant to

26  Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled,

27  and the parties are ordered to proceed with the initial disclosure

28  process.  Any further objections to initial disclosure will be

1  resolved as required by Rule 26.

2       2.   The Rule 26(f) conference shall be completed before
3  February 19, 2008;

4       3.   The date of initial disclosure pursuant to Rule
5  26(a)(1)(A-D) shall occur before February 29, 2008;

6       4.   A discovery plan shall be lodged with Magistrate Judge
7  Papas on or before February 29, 2008; and,

8       5.   A Case Management Conference, pursuant to Federal Rule
9  of Civil Procedure 16(b) shall be held on March 13, 2008, at
10 8:30 AM, in the chambers of Magistrate Judge Leo S. Papas.  Counsel
11 may participate by telephone conference call.   The Court will
12 initiate the conference call.

13      6. A Settlement Conference shall be held on June 9, 2008 at
14 9:00 AM.   All parties or their representatives who have full
15 authority to enter into a binding settlement, in addition to the
16 attorneys participating in the litigation, shall be present at the
17 conference.

18      Pursuant to Local Civil Rule 16.3, all party representatives
19 and claims adjusters for insured defendants with full and unlimited
20 authority to negotiate and enter into a binding settlement, as well
21 as the principal attorney(s) responsible for the litigation, must be
22 present and legally and factually prepared to discuss and resolve
23 the case at the mandatory settlement conference.  Retained outside
24 corporate counsel shall not appear on behalf of a corporation as the
25 party who has the authority to negotiate and enter into a settle-
26 ment.

27      "Full authority to settle" means that the individuals at the
28 settlement conference must be authorized to fully explore settlement

1   options and to agree at that time to any settlement terms acceptable

2   to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871

3   F.2d 648 (7th Cir. 1989). The person needs to have "unfettered

4   discretion and authority" to change the settlement position of a

5   party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D.

6   Ariz. 2003). The purpose of requiring a person with unlimited

7   settlement authority to attend the conference includes that the

8   person's view of the case may be altered during the face to face

9   conference. Id. at 486. A limited or a sum certain of authority is

10  not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir.

11  2001).

12          Failure of any counsel or party to comply with this Order

13  will result in the imposition of sanctions.

14          IT IS SO ORDERED.

15

16  DATED:  January 25, 2008

17

18                                        _____

19                                        Hon. Leo S. Papas
                                          U.S. Magistrate Judge

20

21

22

23

24

25

26

27

28

3                                    07cv2031