```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ ERNEST CORDERO, JR.
   │ Assistant U.S. Attorney
 3 │ State of California Bar No. 131865
   │ Office of the U.S. Attorney
 4 │ 880 Front Street, Room 6293
   │ San Diego, CA 92101-8893
 5 │ Telephone: (619) 557-7473
   │ Email: ernest.cordero@usdoj.gov
 6 │
   │ Attorneys for Defendant
 7 │ United States of America
   │
 8 │ JOHN H. GOMEZ (171485)
   │ STEVEN C. VOSSELLER (211265)
 9 │ The Gomez Law Firm
   │ 625 Broadway, Suite 600
10 │ San Diego, CA 92101
   │ Telephone: (619) 237-3490
11 │ Fax: (619) 237-3496
   │
12 │ Attorneys for Plaintiff
13 │
14 │
   │                UNITED STATES DISTRICT COURT
15 │
   │              SOUTHERN DISTRICT OF CALIFORNIA
16 │
17 │ SINTIA IBARRA, a minor by and through her ) Case No. 07cv2031-JLS (LSP)
   │ Guardian Ad Litem, FRANCISCA JUAREZ,       )
18 │                                            )
   │                  Plaintiff,                )
19 │                                            )
   │       v.                                   ) JOINT MOTION TO DISMISS ACTION
20 │                                            ) WITH PREJUDICE
   │                                            )
21 │ UNITED STATES OF AMERICA; and DOES 1       )
   │ through 20, inclusive,                     )
22 │                                            )
   │                  Defendants.               )
23 │                                            ) Hon. Janis L. Sammartino
   │                                            )
24 │ _____)
25 │
26 │
27 │
28 │
```

1  Plaintiff Sintia Ibarra, a minor by and through her Guardian Ad Litem, Francisca Juarez, and Defendant United States of America, through their respective attorneys of record, jointly move the Court to dismiss this case in its entirety with prejudice. The parties further move the Court to order that each party shall bear its own attorneys' fees and costs of suit.

DATED: March 19, 2008        THE GOMEZ LAW FIRM

s/ Steven C. Vosseller
STEVEN C. VOSSELLER

Attorneys for Plaintiffs

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Steven C. Vosseller to affix his electronic signature to this document.

DATED: March 19, 2008        KAREN P. HEWITT
United States Attorney

s/ Ernest Cordero, Jr.
ERNEST CORDERO, JR.
Assistant U.S. Attorney

Attorneys for Defendant