## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

IBARRA                          v. USA                              No. 07-2031-JLS(LSP)

HON. LEO S. PAPAS          CT. DEPUTY J. JARABEK        Rptr. _____

                                     Attorneys
         Plaintiffs                                              Defendants

Settlement Conferences set for June 9, 2008 at 9:00 AM and July 16, 2008 at 9:00 AM are vacated.

Dismissal received.

DATED: March 25, 2008

                                                    Hon. Leo S. Papas
                                                    U.S. Magistrate Judge