UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINTIA IBARRA, a minor by and through her Guardian Ad Litem, FRANCISCA JUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 07cv2031-JLS (LSP)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Janis L. Sammartino |

Pursuant to the Joint Motion to Dismiss Action with Prejudice filed by the parties to the above-referenced case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that this action be dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs of suit.

DATED: March 28, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge